No. 345. ANDERSON *v.* ODISHO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles Anderson, pro se.* No appearance for respondent. ▓

No. 385. SPRUILL *v.* SERVEN. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondent. ▓

No. 393. SAVARESE *v.* NEW YORK. October 11, 1937. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob W. Friedman* for petitioner. *Messrs. William F. X. Geoghan* and *Henry J. Walsh* for respondent. ▓

No. 74. SHAFFER, TRUSTEE, *v.* SUPERIOR COURT ET AL. October 11, 1937. The motion to strike the brief of respondent is denied. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Fred E. Stivers* for petitioner. *Mr. Calvin S. Mauk* for respondents.

No. 111. HOME OWNERS' LOAN CORP. *v.* CENTRAL MARKET, INC. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Nebraska denied as it does not appear from the record that there is a final judgment. *Messrs. Neal L. Thompson, Horace Russell,*